Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorney for Defendant
Gilardo Barrios

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Gilardo Barrios,<br><br>    Defendant. | Case No. 2:19-CR-00177-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable John A. Mendez. |

**STIPULATION**

1.  By previous order this case was set for status conference on July 19, 2022.

2.  By this stipulation, the defendant asks to move the status conference until October 4, 2022 and to exclude time between July 19, 2022 and October 4, 2022 under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    (a) The government provided the defense with a proposed plea agreement. The defense requires additional time to review and consider the plea agreement. Defense counsel has been and will be out of the country for extended periods of time this summer.

    (b) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    (c) The government does not object to the continuance.

{00030813}

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 19, 2022 through October 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: July 14, 2022.                  Respectfully submitted,

By   /s/ Kresta Daly for
     JAMES CONOLLY
     ASSISTANT UNITED STATES ATTORNEY

Dated: July 14, 2022.

By   /s/ Kresta Daly
     Kresta Daly
     Attorney for Gilardo Barrios

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of July 19, 2022 is vacated. The status conference will be reset for October 4, 2022, at 9:30 a.m. The Court finds excludable time through October 4, 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: July 14, 2022        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT COURT JUDGE