PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GILDARDO BARRIOS,<br>   a.k.a. Edgar Munguia, and<br>MARISA MUNGUIA,<br><br>    Defendants. | 2:19-CR-00177-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On January 14, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Marisa Munguia forfeiting to the United States the following property:

    a. Approximately $34,770.00 in U.S. Currency, plus all accrued interest,
    b. Approximately $13,250.00 in U.S. Currency seized from Wells Fargo Bank safe deposit box #3698, plus all accrued interest,
    c. Approximately $12,939.00 in U.S. Currency seized from Wells Fargo Bank safe deposit box #409, plus all accrued interest,
    d. Approximately $6,721.00 in U.S. Currency, plus all accrued interest, and
    e. Approximately $2,444.39 seized from Wells Fargo Bank Account number 3245977149, plus all accrued interest.

On or about December 9, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Gildardo Barrios forfeiting to the United States the following property:

a. Approximately $34,770.00 in U.S. Currency, plus all accrued interest,
b. Approximately $13,250.00 in U.S. Currency seized from Wells Fargo Bank safe deposit box #3698, plus all accrued interest,
c. Approximately $12,939.00 in U.S. Currency seized from Wells Fargo Bank safe deposit box #409, plus all accrued interest,
d. Approximately $6,721.00 in U.S. Currency, plus all accrued interest, and
e. Approximately $2,444.39 seized from Wells Fargo Bank Account number 3245977149, plus all accrued interest.

Beginning on January 30, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Marisa Munguia on the official internet government forfeiture site www.forfeiture.gov.  Beginning on December 20, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Gildardo Barrios on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Gildardo Barrios and Marisa Munguia:

a. Approximately $34,770.00 in U.S. Currency, plus all accrued interest,
b. Approximately $13,250.00 in U.S. Currency seized from Wells Fargo Bank safe deposit box #3698, plus all accrued interest,
c. Approximately $12,939.00 in U.S. Currency seized from Wells Fargo Bank safe deposit box #409, plus all accrued interest,
d. Approximately $6,721.00 in U.S. Currency, plus all accrued interest, and
e. Approximately $2,444.39 seized from Wells Fargo Bank Account number 3245977149, plus all accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: August 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE