# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> GILDARDO BARRIOS <br><br> Date of Original Judgment: 01/10/2023 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 2:19-cr-00177-JAM-1 <br> USM No: 78318-097 <br><br> Pro Se <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

Under 18 U.S.C. § 3582(c)(2), the Court may reduce a defendant's term of imprisonment that was based on a sentencing range that has subsequently been lowered if a reduction is consistent with applicable policy statements.

Defendant moves for a sentence reduction given the addition of U.S.S.G. § 4C1.1 by Amendment 821, effective November 1, 2023.  Section 4C1.1 applies retroactively.  U.S.S.G. § 1B1.10(d).

Under § 4C1.1(a), certain offenders with zero criminal history points may receive an offense-level reduction.  Even assuming Defendant meets the criteria for a § 4C1.1(a) reduction, which the Government aruges he does not, Defendant is nevertheless ineligible because the sentence he received is below the minimum of the amended guideline range.  U.S.S.G. § 1B1.10(b)(2)(A).

Since a sentence reduction is not authorized, the Court need not proceed to the second step of the inquiry and consider the 18 U.S.C. § 3553(a) factors. See Dillon v. United States, 560 U.S. 817, 826-27 (2010).

Defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

Except as otherwise provided, all provisions of the judgment dated 01/11/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/08/2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John A. Mendez, Senior United States District Judge
*Printed name and title*